**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6606**

TRAVIS JERMAINE WRIGHT, a/k/a Travis J. Wright,

        Plaintiff - Appellant,

    v.

ANTHONY DENNIS, Sheriff of Sumter County; DETECTIVE BURNISH,
Sumter County Sheriff's Department,

        Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  R. Bryan Harwell, District Judge.
(8:07-cv-00299-RBH)

Submitted:  May 29, 2008          Decided:  June 5, 2008

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Travis Jermaine Wright, Appellant Pro Se.  Robert David Garfield,
DAVIDSON, MORRISON & LINDEMANN, PA, Columbia, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Travis Jermaine Wright appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Wright v. Dennis</u>, No. 8:07-cv-00299-RBH (D.S.C. March 26, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>